# United States Court of Appeals
## For the First Circuit

_____

No. 23-1736

THOMAS MELONE,

Plaintiff - Appellant,

ALLCO RENEWABLE ENERGY, LIMITED; ALLCO FINANCE LIMITED,

Plaintiffs,

v.

JANET COIT, in her official capacity of Assistant Administrator, National Marine Fisheries Service; NATIONAL MARINE FISHERIES SERVICE; VINEYARD WIND 1, LLC,

Defendants - Appellees,

DEBRA HAALAND, in her official capacity of Secretary of the Interior; JOHN A. ATILANO, II, Colonel, in his official capacity of Commander and District Engineer; MARTHA WILLIAMS, in her official capacity of Principal Deputy Director; US DEPARTMENT OF THE INTERIOR; BUREAU OF OCEAN ENERGY MANAGEMENT; GARY FRAZER, in his official capacity of Assistant Director for Endangered Species; US ARMY CORPS OF ENGINEERS; US FISH AND WILDLIFE SERVICE,

Defendants.
_____

**ORDER OF COURT**

Entered: December 7, 2023

Upon consideration of the partially opposed joint motion filed by Appellees Janet Coit and National Marine Fisheries Service (the "Federal Appellees") and Appellee Vineyard Wind 1, LLC (the "Intervenor Appellee"), the motion is allowed. The time for the Federal Appellees to file a brief is enlarged to and including January 3, 2024 and the time for the Intervenor Appellee to file a brief is enlarged to and including January 10, 2024. The Intervenor Appellee is encouraged, but not required, to file a brief containing no more than 10,000 words.

By the Court:

Maria R. Hamilton, Clerk

cc:
Thomas Melone
Perry M. Rosen
Donald Campbell Lockhart
Thekla Hansen-Young
Jack Woodruff Pirozzolo
David T. Buente Jr.
Kathleen Moriarty Mueller
James Wedeking
Peter Whitfield
Brooklyn Hildebrandt
Matthew C. Ireland